003927

**Writ of Mandamus Denied, Opinion issued August 29, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01144-CV

### IN RE HAL CREWS AND DEBRA LEITCH, Relators

Original Proceeding from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-15393-A

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Fillmore

Relators contend the trial judge erred in enforcing an alleged Rule 11 agreement. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

ROBERT M. FILLMORE
JUSTICE

121144F.P05